No. 769. CITY OF AMARILLO ET AL. *v.* EAKENS ET AL., TRUSTEES. C. A. 5th Cir. Certiorari denied. *C. J. Taylor, Jr.,* and *R. A. Wilson* for petitioners. *Stephen P. Killough* for respondents. 

No. 775. BROWN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Ronald Podolsky* for petitioner.

No. 779. GARRISON *v.* ALABAMA. Ct. App. Ala. Certiorari denied. *Roscoe B. Hogan* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *Robert P. Bradley,* Assistant Attorney General, for respondent. 

No. 786. WILCOX MANUFACTURING Co. *v.* JEFFREY GALION MANUFACTURING Co. C. A. 4th Cir. Certiorari denied. *John W. Malley* and *William T. Bullinger* for petitioner. *William H. Webb, John M. Webb,* and *David Young* for respondent. 

No. 789. SNYDER ET AL. *v.* CITY OF BOULDER. C. A. 10th Cir. Certiorari denied. *Anthony F. Zarlengo* for petitioners. 

No. 559. CALIFORNIA *v.* JOHNSON. Sup. Ct. Cal. Motion to dispense with printing respondent's brief granted. Certiorari denied. MR. JUSTICE STEWART is of the opinion that certiorari should be granted. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Edsel W. Haws* and *Arnold O. Overoye,* Deputy Attorneys General, for petitioner. *Robert J. Nareau* for respondent.